UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW LEANEY,

           Plaintiff,

-v.-

SILENT EIGHT, LLC et al.,

           Defendants.

25 Civ. 2584 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    This case was removed from the Supreme Court of the State of New York, New York County, on March 28, 2025. *See* ECF No. 1 (Not. of Removal). On April 4, 2025, Defendants moved to dismiss the complaint under Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. *See* ECF No. 7. On April 25, 2025, Plaintiff filed an amended complaint. *See* ECF No. 16. Accordingly, Defendants' motion to dismiss, ECF. No. 7, is hereby DENIED as moot. Defendants may move to dismiss the amended complaint by **May 9, 2025**.

    The Clerk of Court is directed to terminate ECF Nos. 7.

    SO ORDERED.

Dated: April 29, 2025
       New York, New York

                                        JENNIFER H. REARDEN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025